FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAR 23 2017
BROOKLYN OFFICE

Rec'd 3/23/17

D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JAMES POMPEY,  :  16-CV-2065 (ARR) (PK)

        Plaintiff,  :

-against-  :  <u>ORDER</u>

23 MORGAN II, LLC,  :

        Defendant.  :

------------------------------------------------------------------X

ROSS, United States District Judge:

    The Court has received the Report and Recommendation on the instant case dated February 13, 2017 from the Honorable Peggy Kuo, United States Magistrate Judge. No objections have been filed. Accordingly, the Court has reviewed the Report and Recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's motion for a default judgment is denied without prejudice. Renewal of the motion shall be permitted only if plaintiff files a motion that includes all of the required documents, as set forth in the Report and Recommendation.

SO ORDERED.

                                            /s/ ARR
                                            Allyne R. Ross
                                            United States District Judge

Dated: March 21, 2017
       Brooklyn, New York